# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# <u>CHARLOTTE DIVISION</u>

| | |
|---|---|
| **BRIAN GREEN,**<br><br>   *Plaintiff*,<br>v.<br><br>**MIDLAND CREDIT MANAGEMENT, INC.**<br><br>   *Defendant*. | Civil Action No. 3:19-cv-680 |

## MIDLAND CREDIT MANAGEMENT, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, attorney of record for Midland Credit Management, Inc. ("Midland"), certifies that the following may have a direct, pecuniary interest in the outcome of this case:

Defendant, Midland Credit Management, Inc., is a wholly-owned subsidiary of Encore Capital Group, Inc. ("Encore"), a publicly traded corporation, with no parent corporation and no publicly held corporation other than Encore owning more than 10% of its stock. There are no other publicly-held corporations or other publicly-held entities with a direct financial interest in the outcome of the litigation.

Dated : August 5, 2020   By: */s/ Keaton C. Stoneking*
Keaton C. Stoneking, Esq.
North Carolina Bar No. 53627
TROUTMAN PEPPER HAMILTON
SANDERS LLP
301 S. College Street, Suite 3400
Charlotte, NC 28202
Telephone: 704.998.4050
Facsimile: 704.998.4051
Keaton.Stoneking@troutman.com

*Counsel for Defendant*
*Midland Credit Management, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of August 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to Plaintiff, who is registered to receive electronic notifications in connection with this matter, and that I also caused a copy of the foregoing to be sent via U.S. Mail to the *pro se* litigant at the following address:

Brian Green
113 Indian Trial Rd. N
Suite 280
Indian Trail, NC 28079
Telephone: (201) 693-6879

*/s/ Keaton C. Stoneking*
Keaton C. Stoneking, Esq.