# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# <u>CHARLOTTE DIVISION</u>

| | |
|---|---|
| **BRIAN GREEN**<br><br>    *Plaintiff*,<br>   v.<br><br>**MIDLAND CREDIT MANAGEMENT, INC.**<br><br>    *Defendant*. | Civil Action No.:   3:19-cv-680 |
| **KIM GREEN**<br><br>    *Plaintiff*,<br>   v.<br><br>**MIDLAND CREDIT MANAGEMENT, INC.**<br><br>    *Defendant*. | Civil Action No.:   3:19-cv-681 |

## NOTICE OF CORRECTED EXHIBIT B TO DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR JOINDER AND CONSOLIDATION

PLEASE TAKE NOTICE that Defendant, Midland Credit Management, Inc. ("Midland" or "Defendant"), hereby files this Notice of Corrected Exhibit B to Midland's Memorandum in Support of its Motion for Joinder and Consolidation of the above-captioned actions (Civil Action Nos.: 3:19-cv-680; 3:19-cv-681). On September 28, 2020, Defendant filed a Memorandum in Support of its Motion for Joinder and Consolidation (D.E. 18) that inadvertently attached as Exhibit B (D.E. 18-2) an earlier Amended Complaint filed by the above-named Plaintiff-to-be-joined, Kim Green, in her suit against Midland. The correct Amended Complaint to which Midland's Memorandum in Support of Defendant's Motion refers, "Original Amended

Complaint" of Kim Green filed on June 12, 2020 [D.E. 11] in connection with the above-captioned lawsuit, *Kim C. Green v. Midland Credit Management, Inc.* (Civil Action No. 3:19-cv-681), is attached hereto as Exhibit 1 – Corrected Exhibit B.

                                                               Respectfully Submitted:

Dated:     October 12, 2020         By:  */s/ Keaton C. Stoneking*
                                                         Keaton C. Stoneking, Esq.
                                                         North Carolina Bar No. 53627
                                                         TROUTMAN PEPPER HAMILTON SANDERS LLP
                                                         301 S. College Street, Suite 3400
                                                         Charlotte, NC  28202
                                                         Telephone:   704.998.4050
                                                         Facsimile:    704.998.4051
                                                         Email: Keaton.Stoneking@troutman.com

                                                         Daniel T. Stillman, Esq. (*pro hac vice*)
                                                         TROUTMAN PEPPER HAMILTON SANDERS LLP
                                                         222 Central Park Avenue, Suite 2000
                                                         Virginia Beach, VA 23462
                                                         Telephone:   757.687.7710
                                                         Email: Daniel.Stillman@troutman.com

                                                         *Attorneys for Defendant,*
                                                         *Midland Credit Management, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to Plaintiff, who is registered to receive electronic notifications in connection with this matter, and that I also caused a copy of the foregoing to be sent via U.S. Mail to the *pro se* litigants at the following address:

Brian Green
113 Indian Trail Rd. N
Suite 280
Indian Trail, NC 28079
Telephone: (201) 693-6879

*And*

Kim C. Green
113 Indian Trail Rd. N
Suite 280
Indian Trail, NC 28079
Telephone: (201) 693-6879

*/s/ Keaton C. Stoneking*
Keaton C. Stoneking, Esq.