IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BRIAN GREEN,<br>KIM GREEN<br><br>      *Plaintiffs*,<br>  v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br><br>      *Defendant*. | Civil Action No.:   3:19-cv-680 |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Defendant Midland Credit Management, Inc. ("Defendant"), by counsel, and Plaintiffs, Brian Green and Kim Green ("Plaintiffs"), proceeding *pro se* (collectively, the "Parties"), hereby notify the Court that the Parties negotiated a settlement of the above-captioned matter and submitted a Joint Notice of Settlement on February 16, 2021 [Doc. No. 29].

The Parties have finalized the settlement documents and now jointly stipulate and submit to the Court this Joint Stipulation of Dismissal, with Prejudice, and that each party shall bear their own attorneys' fees and court costs.

The Parties have prepared a Proposed Order of Dismissal, which is attached hereto as EXHIBIT A.

Respectfully Submitted this the 26th day of February 2021.

1

| | |
|---|---|
| By: /s/ Keaton C. Stoneking | By: /s/ Brian Green |
| Keaton C. Stoneking, Esq.<br>North Carolina Bar No. 53627<br>TROUTMAN PEPPER<br>HAMILTON SANDERS LLP<br>301 S. College Street, Suite 3400<br>Charlotte, NC 28202<br>Telephone: 704.998.4050<br>Facsimile: 704.998.4051<br>Email: Keaton.Stoneking@troutman.com | Brian Green<br>113 Indian Trial Rd. N<br>Suite 280<br>Indian Trail, NC 28079<br>Telephone: (201) 693-6879<br><br>*Plaintiff Pro Se* |
| | By: /s/ Kim C. Green |
| Daniel T. Stillman, Esq. (*pro hac vice*)<br>TROUTMAN PEPPER<br>HAMILTON SANDERS LLP<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, VA 23462<br>Telephone: 757.687.7710<br>Email: Daniel.Stillman@troutman.com<br><br>*Attorneys for Defendant* | Kim C. Green<br>113 Indian Trial Rd. N<br>Suite 280<br>Indian Trail, NC 28079<br>Telephone: (201) 693-6879<br><br>*Plaintiff Pro Se* |

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following parties.

Brian Green
113 Indian Trial Rd. N
Suite 280
Indian Trail, NC 28079
Telephone: (201) 693-6879

*And*

Kim C. Green
113 Indian Trial Rd. N
Suite 280
Indian Trail, NC 28079
Telephone: (201) 693-6879

*/s/ Keaton C. Stoneking*
Keaton C. Stoneking, Esq.